ACCEPTED
03-16-00172-CV
12954924
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 3:02:39 PM
JEFFREY D. KYLE
CLERK

**haynes**boone

September 28, 2016

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 3:02:39 PM
JEFFREY D. KYLE
Clerk

*Via electronic filing*

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas  78711-2547


Re:     No. 03-16-00172-CV; ***GTECH Corporation v. James Steele, et al.***; In the Court of
        Appeals for the Third District of Texas at Austin


Dear Mr. Kyle:

This is to advise the Court that I will present oral argument on behalf of Appellant, GTECH Corporation, in the above-referenced appeal. Oral argument is currently set on Wednesday, October 26, 2016 at 1:30 p.m.

Respectfully submitted,


  */s/ Nina Cortell*
Nina Cortell
Direct Phone: (214) 651-5579
Email: nina.cortell@haynesboone.com
*Counsel for Appellant, GTECH Corporation*


**Haynes and Boone, LLP**
**Attorneys and Counselors**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219-7672
Phone: 214.651.5000
Fax: 214.651.5940

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I certify that a true and correct copy of this letter was served via e-service on the counsel of record listed in Tab A of the Appendix to GTECH's Brief of Appellant on this 28th day of September, 2016.


_/s/ Nina Cortell_
Nina Cortell